UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| LYNNETTE A. MALDONADO, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) ) No. 1:11-cv-01669-SEB-TAB |
| CHUCK HAGEL Secretary, Department of Defense, | ) ) ) ) |
| Defendant. | ) |

**JUDGMENT**

Pursuant to the Court=s ruling simultaneously entered on this date, final judgment is hereby entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

Date:   \_\_12/06/2013

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Joel Samuel Paul
RAMEY & HAILEY
joel@rameyandhaileylaw.com

Debra G. Richards
UNITED STATES ATTORNEY'S OFFICE
debra.richards@usdoj.gov

Gerald A. Coraz
UNITED STATES ATTORNEY'S OFFICE
gerald.coraz@usdoj.gov